UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | SACV 21-01825-CJC (KESx) |
| Title | United African-Asian Abilities Club et al v. STRATTFORD CM LLC et al |
| Date | February 8, 2022 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Dajanae Carrigan/ Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [10], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

In light of the notice of voluntary dismissal, the Court further orders the Order to Show Cause [9] issued on February 4, 2022 discharged.

Initials of Deputy Clerk    dca/rrp

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 21-0825-CJC (KESx) | Date | February 8, 2022 |
|---|---|---|---|
| Title | United African-Asian Abilities Club et al v. STRATTFORD CM LLC et al | | |